**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. ASPREC and MARIE D. ASPREC,<br><br>        Plaintiff,<br><br>  v.<br><br>WMC MORTGAGE CORPORATION, WILSHIRE MORTGAGE CORP.,<br><br>        Defendants. | Case No. EDCV 08-789-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against WILSHIRE CREDIT CORPORATION is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 20, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge